# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 8, 2022

Lyle W. Cayce
Clerk

No. 21-60358
Summary Calendar

Rena Nohemi Luna-Flores,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A088 066 906

Before Higginbotham, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:*

Rena Nohemi Luna-Flores, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals's (BIA) decision adopting and affirming the immigration judge's (IJ) order denying her withholding of removal. We review the decision of the BIA and consider the IJ's decision

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

only insofar as it influenced the BIA. *See Zhu v. Gonzales*, 493 F.3d 588, 593-94 (5th Cir. 2007).   We review factual findings for substantial evidence, *see Zhang v. Gonzales*, 432 F.3d 339, 344 (5th Cir. 2005), and questions of law de novo. *See Zhu v. Gonzales*, 493 F.3d 588, 594 (5th Cir. 2007).

The BIA correctly determined that the proposed particular social group "Honduran women who are unable to leave their domestic partner" is not sufficiently particular or socially distinct and is impermissibly defined by the harm alleged. *See Jaco v. Garland*, 24 F.4th 395, 402, 405-07 & n.4 (5th Cir. 2021); *Gonzales-Veliz v. Barr*, 938 F.3d 219, 232 (5th Cir. 2019). *Matter of A-B-*, 28 I & N. Dec. 307, 309 (A.G. 2021), cited by Luna-Flores for support, does not alter our analysis. *See Jaco*, 24 F.4th at 405-07.

The petition for review is DENIED.